# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> APPLE INC., § <br> § <br> § <br> Defendant. § | Civil No. 6:20-cv-00505-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that Kathryn A. Quisenberry of Fish & Richardson P.C. enters her appearance in the matter for Defendant Apple Inc. and consents to electronic service of all papers in this action

Date: October 6, 2020

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Kathryn A. Quisenberry*
Kathryn A. Quisenberry
Texas Bar Number 24105639
quisenberry@fr.com
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

**COUNSEL FOR DEFENDANT APPLE INC.**

2

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 6, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(b)(1).

*/s/ Kathryn A. Quisenberry*