# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 6:20-cv-00505-ADA |
| APPLE INC. | **JURY TRIAL DEMANDED** |
| Defendants. | |

## PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE RULE 16 CASE MANAGEMENT CONFERENCE

Plaintiff Neonode Smartphone LLC ("Plaintiff") requests that the Court continue the date of the Rule 16 Case Management Conference ("CMC") by one week. This motion is UNOPPOSED.

The Court's Order Governing Proceedings – Patent Case ("OGP") was served on October 6, 2020, setting the CMC for October 16, 2020. (Dkt. No. 16). Per the OGP, the deadline for Plaintiff to serve its preliminary infringement contentions and make its production of other specified information and materials is seven days prior to the CMC, i.e., October 9, 2020. Plaintiff's lead counsel, Philip Graves, is currently on a long-scheduled vacation that will run through October 11, 2020, two days after the deadline for Plaintiff to serve its preliminary infringement contentions and make its production of other specified information and materials. Accordingly, Plaintiff requests a one week continuance of the CMC, to October 23, 2020.

The parties have met and conferred regarding this motion, and Defendant's counsel has stated that Defendant does not oppose the relief requested herein. This motion is not brought for the purpose of delay.

DATED:  October 6, 2020

Respectfully submitted,

By: */s/ Philip J. Graves*

Philip J. Graves (CA State Bar No. 153441)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7147
Facsimile: (213) 330-7152
Email: philipg@hbsslaw.com

Greer N. Shaw (CA State Bar No. 197960)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: greers@hbsslaw.com

Craig D. Cherry
State Bar No. 24012419
ccherry@haleyolson.com
Justin W. Allen
State Bar No. 24081977
jallen@haleyolson.com
**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
913 Franklin Ave., Suite 201
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile: (254) 776-6823

*Counsel for Plaintiff Neonode Smartphone LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of October 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                       */s/ Philip J. Graves*
                                        Philip J. Graves