# EXHIBIT E

11/5/2020 Neonode reports that Neonode Smartphone LLC, an independent third-party and a subsidiary of Aequitas Technologies LLC, has filed pat…

Case 6:20-cv-00505-ADA Document 27-5 Filed 11/05/20 Page 2 of 3

[Skip to content](#)

- [About Us](#)
- [Application Areas](#)
- [Technologies](#)
- [Investor Relations](#)
- [Newsroom](#)
- [Contact](#)

[Neonode](#) > [Newsroom](#) > Neonode reports that Neonode Smartphone LLC, an independent third-party and a subsidiary of Aequitas Technologies LLC, has filed patent infringement lawsuits against Apple Inc., and Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc., respectively, in the Western District of Texas

# Neonode reports that Neonode Smartphone LLC, an independent third-party and a subsidiary of Aequitas Technologies LLC, has filed patent infringement lawsuits against Apple Inc., and Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc., respectively, in the Western District of Texas

Published June 9, 2020 in Press release

STOCKHOLM, SWEDEN, June 9, 2020 — Neonode Inc. (NASDAQ: NEON), today reported that Neonode Smartphone LLC, the assignee of US Patent Nos. 8,095,879 and 8,812,993 formerly owned by Neonode Inc., filed patent infringement lawsuits against Apple Inc., and Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc., respectively, in Western District of Texas, USA on June 8, 2020. Neonode Smartphone LLC is a subsidiary of Aequitas Technologies LLC and is an independent third-party with whom Neonode Inc. has certain profit sharing rights from monetization of these patents according to an agreement entered into by Neonode Inc. and Aequitas Technologies LLC in 2019.

For more information, please contact:

Investor Relations
David Brunton
Email: [david.brunton@neonode.com](mailto:david.brunton@neonode.com)

Chief Executive Officer
Urban Forssell
E-mail: [urban.forssell@neonode.com](mailto:urban.forssell@neonode.com)

11/5/2020 Neonode reports that Neonode Smartphone LLC, an independent third-party and a subsidiary of Aequitas Technologies LLC, has filed pat…

Case 6:20-cv-00505-ADA Document 27-5 Filed 11/05/20 Page 3 of 3

## ABOUT NEONODE

Neonode Inc. (NASDAQ:NEON) is a publicly traded company, headquartered in Stockholm, Sweden and established in 2001. The company provides advanced optical sensing solutions for touch, gesture control, and remote sensing. Building on experience acquired during years of advanced optical R&D and technology licensing, Neonode's technology is currently deployed in more than 75 million products and the company holds more than 120 patents worldwide. Neonode's customer base includes some of the world's best-known Fortune 500 companies in the consumer electronics, office equipment, medical, avionics, and automotive industries.

Neonode operates in three business areas: HMI Solutions, HMI Products and Remote Sensing Solutions. In HMI Solutions, Neonode offers customized optical touch and gesture control solutions for many different markets and segments. In HMI Products, the company provides innovative, plug-and-play sensor modules that enable touch on any surface, in-air touch, and gesture control for a wide range of applications. In Remote Sensing Solutions, Neonode offers robust and cost-effective driver and cabin monitoring solutions for vehicles based on the company's flexible, scalable and hardware-agnostic software platform.

NEONODE and the NEONODE logo are trademarks of Neonode, Inc. registered in the United States and other countries.

For further information please visit www.neonode.com

## Follow us at:
LinkedIn
Cision
Subscribe to our news here

## Safe Harbor Statement

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These include, but are not limited to, statements relating to expectations, future performance or future events, and the expected proceeds and closing of the private placement. These statements are based on current assumptions, expectations and information available to Neonode management and involve a number of known and unknown risks, uncertainties and other factors that may cause Neonode's actual results, levels of activity, performance or achievements to be materially different from any expressed or implied by these forward-looking statements.

These risks, uncertainties, and factors are discussed under "Risk Factors" and elsewhere in Neonode's public filings with the SEC from time to time, including Neonode's annual report on Form 10-K, quarterly reports on Form 10-Q, and current reports on Form 8-K. You are advised to carefully consider these various risks, uncertainties and other factors. Although Neonode management believes that the forward-looking statements contained in this press release are reasonable, it can give no assurance that its expectations will be fulfilled. Forward-looking statements are made as of today's date, and Neonode undertakes no duty to update or revise them.

- Privacy Policy
- Cookies

© 2020 Neonode, All Rights Reserved.
Subscribe to Neonode Newsletter
site by Stormfors