# EXHIBIT F

| HOME | FOUNDER | BUSINESS | LICENSEES | CONTACT |



## CONTACT US

Name: *

| Enter text here |

Email: *

| Enter email address |

Subject: *

| Enter text here |

Message: *

| Enter your comment here |

SUBMIT

Aequitas Technologies LLC　　　　　17901 Von Karman Avenue, Suite 600, Irvine, CA 92614, USA　　　　　+1 949 381 5373

Content copyright AEQUITASTECH.COM. All rights reserved.

