# EXHIBIT H

# LinkedIn profile: magnus goertz

**magnus goertz**
Founder, Neonode AB
Neonode AB
Sweden · 52 connections · Contact info

## Experience

**Owner**
Neonode AB

**engineer**
Adelta
1989 – 1991 · 2 yrs

## Interests

Neonode
1,626 followers

## Promoted
- MS in Counter-Terrorism
- Attorney Needed ASAP
- No GRE Required

## People Also Viewed
- Urban Forssell — Chief Executive Officer at Neonode
- Moritz Schiebold — CEO at Volumental
- Ulf Rosberg — Private Investor
- Jonas Wærn — Vice President HMI Solutions at Neonode
- Maria Ek — CFO at Neonode

## People You May Know
- Meredith Meyer
- Joshua Cavazos — Associate General Adjuster at The Hartford
- Vanessa Covarrubias — Closer/Post Closing at Republic State Mortgage
- Isabel Meneses Rencoret — Tour and Travel & Marketing Manager
- Patrick McMillan — Social Dance Instructor at Trinity University & The...