# EXHIBIT J





# Strategic Services for Innovation

## › Patent Drafting and Prosecution
## › Patent Licensing and Sales
## › Analysis and Strategy

### Our business is building intellectual property assets that increase the value of your business.

Soquel Group is a full-service patent agency that specializes in patent prosecution and intellectual property transactions.

We work closely with our clients to build patent portfolios that generate value. And our broad technical and business backgrounds enable us to understand your invention and its significance.

Regarding **patent drafting services**, we understand that the client's engineers are a valuable and limited resource, and we operate in a non-invasive way, so as to minimize tapping into engineers' time. We work with any available documents and prototypes to prepare a first draft of a patent application for the client's review. Typically, one or two rounds of feedback and revision suffice to reach a final version that meets the client's satisfaction. For urgent matters, we have the flexibility to prepare and file a patent application within a matter of days.

Regarding **patentability searches**, Soquel Group provides extensive search reports and accompanying review and analysis for patentability of inventions.

Regarding **services related to monetization of patents**, Soquel Group provides comprehensive services including valuation, preparation of prospectus and claim charts, identifying and securing a buyer, and negotiation of a sale. Soquel Group works with many practicing entity buyers, and also with the buyer network of non-practicing entities.

Regarding **rates**, Soquel Group operates with low overhead and passes this on to its clients through competitive rates. We typically work a project basis at fixed rates. And, we do not charge for routine docketing matters. We have negotiated discounts with most of our foreign agents, and pass these discounts along to our clients as well.

Although Soquel Group does not practice litigation, we work in conjunction with some of the best litigation firms to assist our clients.

Search

**Recent News**

- Robert Blumberg appointed as Director of Intellectual Property for Amber Kinetics
- Soquel Group celebrates 10th year in operation
- Soquel Group selected by leading-edge cyber-security company Illusive Networks to build IP portfolio
- Soquel Group Opens Israel Branch
- Soquel Group Named as "2013 Go-To Law Firm at the Top 500 Companies" for Intellectual Property

The Soquel Group patent agency represents clients worldwide. We are headquartered near Silicon Valley in California and serve the surrounding area, including San Francisco, San Mateo and Santa Clara County, Santa Cruz County, and Monterey County. We have offices in Santa Cruz, California and Israel.

© 2020, Soquel Group, LLC. All Rights Reserved.    ·    **Website design** by Brooktown Design.