# EXHIBIT K

# Google Careers

Teams  **Locations**  Students  Jobs

My applications

Find your next job at Google. *What do you want to do?*

Saved jobs   Job alerts

## Our Locations

Large or small, each one of our offices is designed to inspire innovation, big ideas, and community.

**North America**   Latin America   Europe   Asia Pacific   Africa & Middle East



**North America**

- Zenon
- Livermore
- Los Angeles
- Madison
- Mayes County
- Miami
- Midlothian
- Montreal
- Mountain View (Global HQ)
- Nashville
- New York
- Novi
- Ottawa
- Palo Alto
- Pittsburgh
- Portland
- Provo

Map data ©2020 Google, INEGI | Terms of Use

---

Follow Life at Google on           

### More about us
- About us
- Contact us
- Press

### Related information
- Investor relations
- Blog

### Equal Opportunity

Google is proud to be an equal opportunity workplace and is an affirmative action employer. We are committed to equal employment opportunity regardless of race, color, ancestry, religion, sex, national origin, sexual orientation, age, citizenship, marital status, disability, gender identity or Veteran status. We also consider qualified applicants regardless of criminal histories, consistent with legal requirements. See also **Google's EEO Policy** and **EEO is the Law**. If you have a disability or special need that requires accommodation, please let us know by completing **this form**.

This site uses cookies from Google to deliver its services and analyze traffic.   Learn more   OK