# EXHIBIT L

NUANCE

SOLUTIONS  INDUSTRIES  SUPPORT                                    STORE

Swype for Android                                                              1/3

# Type fast, Swype faster

Swype replaces the on-screen keyboard for smartphones and tablets, and with one continuous motion across the screen, its patented technology enables users to input words faster and easier. Now available in Google Play and Amazon App Stores.

How to use it     Features     Support

## Three reasons to love Swype

We think you'll agree the latest version of Swype is by far the best.

Learn more

## Product features

Take a look at how each feature brings simplicity and smarts to your new keyboard.

Learn more

## Support

We're here to help. Get the most out of Swype by reading the latest tips and watching related videos.

Learn more

## In action



Swype—now even more powerful and personalized

How to use it

1/3

SOLUTIONS  INDUSTRIES  SUPPORT                                       STORE

### Get more done

Swype adjusts to how you type and is constantly up to date with trending words so you spend less time editing.

### Your words in sync

Your personal dictionary now follows you from device to device so your commonly used words are with you everywhere.

### Pick your keyboard style

Four keyboards in one. So you can choose from swyping, typing, writing or speaking.

Features

# Say hello to the fastest keyboard on the planet

### Bilingual support

Want to Swype in two languages at the same time? No problem. Swype users can now enter words from two languages at once.



### Living Language

Swype users can now opt in to stay up to date with trending words like "Cumberbatch." Swype's Living Language feature gathers and updates user dictionaries with the latest global trending words by crowd-sourcing the language. Go to Swype Settings > Language Options and enable Living Language to be in the know.



### Dragon dictation

[Dragon's](#) world-renowned voice recognition lets you go hands-free and turns your voice to text quickly and accurately with a simple press of the Dragon flame. And if you also happen to be a [Dragon Mobile Assistant,](#) simply Swype from the Swype Key to the Dragon Flame on the keyboard and voila! Your personal mobile assistant is at your command.

### Personal dictionary backup and sync

Swype backs up and syncs personal dictionaries across multiple mobile devices. So now when nicknames like "Ollie" are added to a mobile phone, that word will be automatically added to the personal dictionary on a tablet as well as all other registered devices.




SOLUTIONS  INDUSTRIES  SUPPORT
STORE



### Smart editing

After you finish a sentence with punctuation, Smart Editor examines words in your sentence and determines if another previously suggested word makes more sense.



### More customization options

Swype lets you customize your keyboard, including long-press delay, vibration duration, keyboard height and mini left/right keyboards in landscape mode.



### Languages galore

Swype now supports the download of 71 languages and 20 dialects, and yes, we're adding more.

## Support

We're here to help. Have questions? Take a look through our Support section for frequently asked questions, tips and related videos to help you get the most out of Swype.

Get support

United States & Canada    swype    Swype for Android

**ABOUT NUANCE**
Company overview
Investors
Trust & security
News
Careers
Partner with Nuance

**BLOG + COMMUNITIES**
What's Next blog
Developers
Events

**SUPPORT**
Product support
Healthcare support
Contact us

© 2020 Nuance Communications, Inc. All rights reserved.   |   Legal   |   Site Map   |   Privacy policies   |   Accessibility   |   Subscriptions