# EXHIBIT M



SOLUTIONS    INDUSTRIES    SUPPORT                                    STORE

 [Company overview](#)    About us    Investors    News    Careers    Trust center    Contact us

#### Where we work
# A *global intelligence* network



## Where you'll find us

**Americas**    Europe and Middle East    Asia Pacific

**Massachusetts**
Worldwide headquarters
1 Wayside Road
Burlington, MA 01803
Tel: 1-781-565-5000

**California**

**Florida**
3984 Pepsi Cola Drive
Melbourne, FL 32934

**Michigan**
39255 Country Club Drive,
Discovery Centre
Farmington Hills, MI 48331



SOLUTIONS  INDUSTRIES  SUPPORT                                              STORE

 Company overview    About us    Investors    News    Careers    Trust center    Contact us

**Washington**
821 Second Avenue
Seattle, WA 98104

**Canada**
1500 Robert Bourassa, Suite 850
Montreal, QC H3A 3S7

**Wisconsin**
328 East Lakeside Street
Madison, WI 53715

**Mexico**
Javier Barros Sierra #540
Mexico City, Mexico

## Visit us in Pune, India

The Pune office raises the bar for in-house fun with their breathless schedule of sports tourneys, holiday celebrations, and treasure hunts. Here's a glimpse of what it's like to work and play there:





Who we are

What we do

Why it matters

Where we work

 United States & Canada        About us     Where we work

**ABOUT NUANCE**
Company overview
Investors
Trust & security
News

**BLOG + COMMUNITIES**
What's Next blog
Developers
Events

**SUPPORT**
Product support
Healthcare support
Contact us



SOLUTIONS  INDUSTRIES  SUPPORT

STORE

**Company overview** | About us | Investors | News | Careers | Trust center | Contact us