# EXHIBIT N





LinkedIn Search

Home · My Network · Jobs · Messaging · Notifications · Me · Work

Try Premium Free for 1 Month

Baylor's MPH Online - GRE scores are not required to apply to Baylor's MPH online program. Ad ···

## Joseph Shain

**VP Intellectual Property at Neonode**

Santa Clara, California, United States · 41 connections ·

**Contact info**

Connect | 🔒 Message | More...

 Neonode

## Experience

**Vice President, Intellectual Property**
Neonode
Apr 2008 – Present · 12 yrs 8 mos
Santa Clara, CA

## Skills & endorsements

**C** · 2
Nissan Neil Epstein and 1 connection have given endorsements for this skill

**C++** · 2
Tali Gassner and 1 connection have given endorsements for this skill

**Embedded Systems** · 2
Nissan Neil Epstein and 1 connection have given endorsements for this skill

Show more ⌄

## Recommendations

Received (0) | **Given (1)**

**Viacheslav V.**
Senior Staff SW Engineer at Qualcomm
April 6, 2009, Joseph managed Viacheslav directly

Slava is conscientious, thorough and consistently did superior work. He came up with many creative optimizations in code. And he worked very well with everyone on the team. I recommend him highly.

## Interests

**Neonode**
1,626 followers

## Promoted



**Attorney Needed ASAP**
We need more attorneys in your area ASAP. Apply for membership now! ›



**No GRE Required**
Learn to enhance the health of communities with Baylor's MPH online. ›



**Rice Business Online MBA**
MBA@Rice—ranked #1 for graduate entrepreneurship for 2020. ›

## People Also Viewed

**Clarence King**
•3rd
Area Sales Director, North America, Neonod...

**Michael ImObersteg**
•3rd
North American Sales Director at Servotecnica

**Maisa Kingstone**
•3rd
Account Manager at BIC

**Jessica Hayden, PT, DPT, OCS**
•3rd
Physical therapist at Scripps Mercy

**Audrey Adams**
•3rd
Logistics Coordinator

Show more ⌄

## People You May Know

**Meredith Meyer**
--

**Joshua Cavazos**
Associate General Adjuster at The Hartford

**Vanessa Covarrubias**
Closer/Post Closing at Republic State Mortgage

**Isabel Meneses Rencoret**
Tour and Travel & Marketing Manager en...

**Patrick McMillan**
Social Dance Instructor at Trinity University & The...

Show more ⌄

LEARNING
Add new skills with these courses

**Communicating through Disagreement**
2,832 viewers

**Business Law for Managers**
20,372 viewers

**Dream Teams: Working Together Without Fallin...**
5,165 viewers

Show more on LinkedIn Learning

Messaging