# EXHIBIT O







| | | | | |
|---|---|---|---|---|
| 6:45 AM – 7:56 AM<br>Alas... . Operated by Skywest Airlines as AlaskaSky... | 1h 11m<br>LAX–SFO | Nonstop | $167<br>round trip | |
| 10:45 AM – 11:56 AM<br>Alas... . Operated by Skywest Airlines as AlaskaSky... | 1h 11m<br>LAX–SFO | Nonstop | $167<br>round trip | |
| 8:00 AM – 9:25 AM<br>Alas... . Operated by Skywest Airlines as AlaskaSky... | 1h 25m<br>SNA–SFO | Nonstop | $185<br>round trip | |
| 2:00 PM – 3:25 PM<br>Alas... . Operated by Skywest Airlines as AlaskaSky... | 1h 25m<br>SNA–SFO | Nonstop | $185<br>round trip | |
| 4:55 PM – 6:20 PM<br>Alas... . Operated by Skywest Airlines as AlaskaSky... | 1h 25m<br>SNA–SFO | Nonstop | $185<br>round trip | |
| 8:55 PM – 10:05 PM<br>Alas... . Operated by Skywest Airlines as AlaskaSky... | 1h 10m<br>LAX–SFO | Nonstop | $187<br>round trip | |
| 9:15 PM – 10:38 PM<br>Amer... . Operated by Skywest Airlines as America... | 1h 23m<br>LAX–SFO | Nonstop | $197<br>round trip | |
| 12:00 PM – 1:25 PM<br>Alas... . Operated by Skywest Airlines as AlaskaSky... | 1h 25m<br>SNA–SFO | Nonstop | $213<br>round trip | |
| 5:15 PM – 6:25 PM<br>Alas... . Operated by Skywest Airlines as AlaskaSky... | 1h 10m<br>LAX–SFO | Nonstop | $213<br>round trip | |
| 6:35 PM – 7:45 PM<br>Alas... . Operated by Skywest Airlines as AlaskaSky... | 1h 10m<br>LAX–SFO | Nonstop | $213<br>round trip | |
| 8:30 AM – 9:41 AM<br>Alas... . Operated by Skywest Airlines as AlaskaSky... | 1h 11m<br>LAX–SFO | Nonstop | $236<br>round trip | |
| 9:20 AM – 10:55 AM<br>Southwest | 1h 35m<br>LAX–SFO | Nonstop | Price unavailable | |
| 5:35 PM – 7:05 PM<br>Southwest | 1h 30m<br>LAX–SFO | Nonstop | Price unavailable | |

109 more flights

## Hotels in San Francisco

Nightly prices for 1 guest Nov 21–Nov 25

Search for hotels

 $127 San Francisco Marriott Marquis  4.4 (7779)

 $119 Hyatt Regency San Francisco  4.4 (5541)

$117 The Park Central San Francisco  4.2 (3454)

## Explore more destinations from Irvine



