# EXHIBIT P



| $127 | Francisco<br>4.4 (5541) | $156 | Collection Hotel, San<br>4.5 (4018) | $117 | Francisco<br>4.2 (3454) |

---

**Google Flights**

Language · English    Country · United States    Currency · USD

Find the cheapest and best flight for you.

About Google     Privacy & Terms     Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. Learn more.