# EXHIBIT S

Include: ☑ Binder Name  ☑ Tab Name  ☑ Binder Link
☐ Chart Descriptions

EXIT PREVIEW    PRINT

Texas Western District    

## Time to Milestones

VIEW IN BROWSER

U.S. District Courts (1581 cases)



U.S. District Courts

| | Occurences | Minimum | 2nd Percentile | First Quartile | Median | Third Quartile | 98th Percentile | Maximum | Average |
|---|---|---|---|---|---|---|---|---|---|
| Claim Construction | 114 | 1.3 | 7.6 | 11.3 | 14.9 | 22.0 | 50.9 | 62.8 | 18.3 |
| Patentee MSJ | 18 | 8.1 | 11.6 | 16.5 | 30.0 | 55.6 | 79.7 | 79.7 | 35.3 |
| Infringement | 32 | 3.4 | 3.4 | 11.8 | 13.4 | 31.3 | 51.8 | 51.8 | 21.4 |
| Patent not invalid | 198 | 2.2 | 2.2 | 3.8 | 8.4 | 14.6 | 51.8 | 55.6 | 11.9 |
| Patent enforceable | 126 | 2.2 | 2.2 | 3.1 | 3.8 | 8.4 | 51.8 | 79.7 | 10.7 |
| Patent Challenger MSJ | 53 | 4.0 | 7.9 | 16.5 | 29.0 | 37.7 | 63.1 | 76.5 | 29.1 |
| Noninfringement | 52 | 4.8 | 5.9 | 9.7 | 27.9 | 42.1 | 57.7 | 76.5 | 28.0 |
| Patent invalid | 72 | 3.9 | 5.0 | 12.2 | 18.1 | 28.5 | 58.4 | 62.8 | 21.5 |
| Patent unenforceable | 3 | 31.4 | | | 31.4 | | | 31.4 | 31.4 |
| Damages | 15 | 13.2 | 13.4 | 13.9 | 14.4 | 45.2 | 51.8 | 51.8 | 25.7 |
| TRO/Prelim Injct | 7 | 0.5 | | | 0.5 | | | 5.7 | 1.3 |
| Injct/Ongoing Royalty | 59 | 2.2 | 3.1 | 3.9 | 11.8 | 13.2 | 31.3 | 31.3 | 10.4 |
| Enhncd Dam/Atty Fees | 5 | 12.5 | | | 36.1 | | | 57.6 | 35.4 |
| Sanctions | 4 | 4.3 | | | 9.3 | | | 18.3 | 10.3 |
| Jury Trial | 11 | 21.4 | 21.4 | 23.9 | 31.1 | 34.7 | 45.2 | 45.2 | 30.4 |
| Bench Trial | 2 | 13.2 | | | 27.1 | | | 41.0 | 27.1 |
| Transfer | 139 | | 0.8 | 2.5 | 4.7 | 8.3 | 15.8 | 33.0 | 5.8 |
| Stay | 187 | 0.2 | 0.9 | 2.6 | 5.9 | 12.6 | 34.6 | 80.1 | 9.2 |
| Appeal | 43 | 0.2 | 1.0 | 5.2 | 13.1 | 16.9 | 59.4 | 59.4 | 17.8 |
| Likely Settlement | 682 | | 0.4 | 2.3 | 3.9 | 6.8 | 21.2 | 53.2 | 5.5 |
| Mature Termination | 317 | 0.2 | 1.0 | 4.5 | 9.7 | 18.3 | 57.7 | 80.2 | 14.2 |