# EXHIBIT T

# Judge Alan D. Albright

| FILE | | | | | |
|------|---|---|---|---|---|
| Add New Tab | Cases Filters | HIDE | FILTERS | OPTIONS | VIEW | PRINT | Cases | 544 Results |

**Table of Contents**

- Summary
- Time to Milestones
- **Cases**
- Cases by Year
- Timeline
- Orders
- Motion Pendency
- Determinations
- Claim Constructions
- Remedies
- Motion Success for Preliminary Injunction
- Motion Success for Stay Pending IPR
- Motion Success for Early Challenges
- Motion Success for Personal Jurisdiction
- Motion Success for MSJ by Patentee
- Motion Success for MSJ by Challenger

Binder Information

**Judges**
Alan D. Albright

**Case Status**
Active

[EDIT FILTERS]

**Related Filters**
- Judges
- Courts
- Patents
- Patent Types
- Determinations
- Remedies
- Case Filing Date
- Case Termination Date
- Case Outcome
- Document Filing Date

☐ Open filter drawer by default

| Case | Case Filing Date |
|------|------------------|
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. TP-Link Technology Co., Ltd. 6-20-cv-01012 (WDTX) | Oct. 31, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. TP-Link Technology Co., Ltd. 6-20-cv-01013 (WDTX) | Oct. 31, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. TP-Link Technology Co., Ltd. 6-20-cv-01014 (WDTX) | Oct. 31, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. TP-Link Technology Co., Ltd. 6-20-cv-01015 (WDTX) | Oct. 31, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. TP-Link Technology Co., Ltd. 6-20-cv-01016 (WDTX) | Oct. 31, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. TP-Link Technology Co., Ltd. 6-20-cv-01017 (WDTX) | Oct. 31, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. TP-Link Technology Co., Ltd. 6-20-cv-01018 (WDTX) | Oct. 31, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. TP-Link Technology Co., Ltd. 6-20-cv-01019 (WDTX) | Oct. 31, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. TP-Link Technology Co., Ltd. 6-20-cv-01020 (WDTX) | Oct. 31, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. TP-Link Technology Co., Ltd. 6-20-cv-01021 (WDTX) | Oct. 31, 2020 |
| WSOU Investments LLC d/b/a Brazos Licensing and Development v. TP-Link Technology Co., Ltd. 6-20-cv-01022 (WDTX) | Oct. 31, 2020 |
| Fairway IP LLC v. Delta Electronics, Inc. et al 6-20-cv-01023 (WDTX) | Oct. 31, 2020 |
| Fairway IP LLC v. Ultra Electronics Advanced Tactical Systems, Inc. et al 6-20-cv-01024 (WDTX) | Oct. 31, 2020 |
| Gladiator IP LLC v. Ricoh USA, Inc. 6-20-cv-01008 (WDTX) | Oct. 30, 2020 |
| ParkerVision, Inc. v. Buffalo Inc. 6-20-cv-01009 (WDTX) | Oct. 30, 2020 |
| ParkerVision, Inc. v. ZyXEL Communications Corporation 6-20-cv-01010 (WDTX) | Oct. 30, 2020 |
| Murolet, LLC v. Schindler Group, AG 6-20-cv-01011 (WDTX) | Oct. 30, 2020 |

[LOAD ALL]