# EXHIBIT U

● Judge Edward J. Davila 

FILE

| | |
|---|---|
| Add New Tab | |
| Table of Contents | |
| Summary | |
| Time to Milestones | |
| **Cases** | |
| Cases by Year | |
| Timeline | |
| Orders | |
| Motion Pendency | |
| Determinations | |
| Claim Constructions | |
| Remedies | |
| Motion Success for Preliminary Injunction | |
| Motion Success for Stay Pending IPR | |
| Motion Success for Early Challenges | |
| Motion Success for Personal Jurisdiction | |
| Motion Success for MSJ by Patentee | |
| Motion Success for MSJ by Challenger | |
| Binder Information | |

## Cases Filters         ← HIDE

**Judges**
Edward J. Davila

**Case Status**
Active

[ EDIT FILTERS ]

**Related Filters**
▸ Judges
▸ Courts
▸ Patents
▸ Patent Types
▸ Determinations
▸ Remedies
▸ Case Filing Date
▸ Case Termination Date
▸ Case Outcome
▸ Document Filing Date

☐ Open filter drawer by default

FILTERS    OPTIONS    VIEW    PRINT                    Cases         20 Results

| ☐ Case | Case Filing Date ▼ |
|---|---|
| ☐ Display Technologies, LLC v. Zenreach, Inc.<br>5-20-cv-06621 (NDCA) | Sep. 22, 2020 |
| ☐ Omnitek Partners LLC v. Alpine Electronics, Inc. et al<br>5-20-cv-06460 (NDCA) | Sep. 15, 2020 |
| ☐ Applied Materials, Inc. v. Demaray LLC<br>5-20-cv-05676 (NDCA) | Aug. 13, 2020 |
| ☐ BioSpyder Technologies, Inc. v. HTG Molecular Diagnostics, Inc.<br>5-20-cv-05607 (NDCA) | Aug. 12, 2020 |
| ☐ Viavi Solutions Inc. v. Platinum Optics Technology Inc.<br>5-20-cv-05501 (NDCA) | Aug. 07, 2020 |
| ☐ Uniloc 2017 LLC et al v. Google LLC<br>4-20-cv-05339 (NDCA) | Aug. 03, 2020 |
| ☐ Uniloc 2017 LLC v. Google LLC<br>4-20-cv-05345 (NDCA) | Aug. 03, 2020 |
| ☐ Apple Inc. v. Zipit Wireless, Inc.<br>5-20-cv-04448 (NDCA) | Jul. 03, 2020 |
| ☐ Sapphire Crossing LLC v. Evernote Corporation<br>4-20-cv-03593 (NDCA) | May. 29, 2020 |
| ☐ Synopsys, Inc. v. Real Intent, Inc.<br>5-20-cv-02819 (NDCA) | Apr. 23, 2020 |
| ☐ Oyster Optics, LLC v. Ciena Corporation et al<br>4-20-cv-02354 (NDCA) | Apr. 07, 2020 |
| ☐ Sunset Licensing LLC v. Azuga, Inc.<br>5-20-cv-02174 (NDCA) | Mar. 31, 2020 |
| ☐ Breathe Technologies, Inc. v. New Aera, Inc. et al<br>5-19-cv-07691 (NDCA) | Nov. 21, 2019 |
| ☐ Uniloc USA, Inc. et al v. Apple Inc.<br>5-19-cv-01692 (NDCA) | Apr. 02, 2019 |
| ☐ Lenovo (United States) Inc. et al v. IPCOM GmbH & Co., KG<br>5-19-cv-01389 (NDCA) | Mar. 14, 2019 |
| ☐ Sanho Corporation v. Kaijet Technology International Limited, Inc. d/b/a j5create<br>1-18-cv-05385 (NDGA) | Nov. 27, 2018 |
| ☐ DISH Technologies LLC et al v. Jadoo TV, Inc.<br>5-18-cv-05214 (NDCA) | Aug. 24, 2018 |