# EXHIBIT V

# Judge William H. Alsup

FILE

## Add New Tab

### Table of Contents
- Summary
- Time to Milestones
- **Cases**
- Cases by Year
- Timeline
- Orders
- Motion Pendency
- Determinations
- Claim Constructions
- Remedies
- Motion Success for Preliminary Injunction
- Motion Success for Stay Pending IPR
- Motion Success for Early Challenges
- Motion Success for Personal Jurisdiction
- Motion Success for MSJ by Patentee
- Motion Success for MSJ by Challenger

Binder Information

## Cases Filters    ← HIDE

**Judges**
William H. Alsup

**Case Status**
Active

[EDIT FILTERS]

**Related Filters**
- ▸ Judges
- ▸ Courts
- ▸ Patents
- ▸ Patent Types
- ▸ Determinations
- ▸ Remedies
- ▸ Case Filing Date
- ▸ Case Termination Date
- ▸ Case Outcome
- ▸ Document Filing Date

☐ Open filter drawer by default

FILTERS | OPTIONS | VIEW | PRINT | **Cases** 13 Results

| Case | Case Filing Date ▼ |
|---|---|
| Google LLC v. Sonos, Inc.<br>3-20-cv-06754 (NDCA) | Sep. 28, 2020 |
| Uniloc 2017 LLC et al v. Google LLC<br>4-20-cv-05333 (NDCA) | Aug. 03, 2020 |
| Acorn Bay v. CamelBak Products, LLC et al<br>3-20-cv-05214 (NDCA) | Jul. 29, 2020 |
| California Beach Co., LLC v. Exqline, Inc. et al<br>3-20-cv-01994 (NDCA) | Mar. 20, 2020 |
| Fluidigm Corporation et al v. Ionpath, Inc.<br>3-19-cv-05639 (NDCA) | Sep. 06, 2019 |
| Illumina, Inc. et al v. BGI Genomics Co., Ltd et al<br>3-19-cv-03770 (NDCA) | Jun. 27, 2019 |
| Uniloc USA Inc et al v. LG Electronics U.S.A., Inc. et al<br>3-18-cv-02913 (NDCA) | May. 17, 2018 |
| Uniloc USA, Inc. et al v. Apple Inc.<br>3-18-cv-00572 (NDCA) | Jan. 26, 2018 |
| Uniloc USA, Inc. et al v. Apple Inc.<br>3-18-cv-00360 (NDCA) | Jan. 17, 2018 |
| Uniloc USA, Inc. et al v. Apple Inc.<br>3-18-cv-00365 (NDCA) | Jan. 17, 2018 |
| Finjan, Inc. v. Juniper Network, Inc.<br>3-17-cv-05659 (NDCA) | Sep. 29, 2017 |
| Waymo LLC v. Uber Technologies, Inc. et al<br>3-17-cv-00939 (NDCA) | Feb. 23, 2017 |
| Porto Technology Co., LTD v. Samsung Electronics America, Inc. et al<br>4-16-cv-01429 (NDCA) | Mar. 23, 2016 |