# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **NEONODE SMARTPHONE LLC,** | |
| Plaintiff, | |
| v. | Civil Action No. 6:20-cv-00505 |
| **APPLE INC.** | JURY TRIAL DEMANDED |
| Defendant. | |

## [PROPOSED] ORDER

Having considered Defendant Apple Inc.'s Motion to Transfer Venue to the Northern District of California and the related briefing, the Court hereby GRANTS Apple's Motion.

Pursuant to 28 U.S.C. § 1404(a), the Court hereby transfers this case to the Northern District of California.

It is so ORDERED.

The Clerk of Court is respectfully directed to transfer the case to the Northern District of California.

SIGNED this ___ day of November, 2020

_____
UNITED STATES JUDGE ALAN D. ALBRIGHT