# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 6:20-cv-00505-ADA |
| v. § | |
| § | |
| APPLE INC., § | **JURY TRIAL DEMANDED** |
| § | |
| Defendant. § | |

## STIPULATION TO STAY CASE PENDING DECISION ON APPLE'S MOTION TO TRANSFER

Plaintiff Neonode Smartphone LLC ("Neonode") and Defendant Apple Inc. ("Apple") hereby stipulate to stay this case pending a decision on Apple's Motion to Transfer Venue to the Northern District of California (Dkt. #27).  The Court's acceptance of the parties' stipulation will mean that: 1) Apple's Motion to Stay [Dkt. #28], and 2) Neonode's Expedited Motion for Leave to Pursue Venue Discovery and to Defer Briefing Schedule Until Completion of Discovery (Dkt. #34), will both be mooted.

The Parties stipulate to mutual venue discovery that initially conforms with this Court's Order Governing Proceedings in Patent Cases.  Each party shall serve five interrogatories, five requests for production, and four hours of 30(b)(6) deposition time related to Apple's Motion to Transfer Venue.  If either party perceives a need to exceed the limits, the parties will confer and attempt to resolve the issue before contacting the Court.  The parties further stipulate to follow the following deadlines for venue discovery and completion of briefing on Apple's motion.

| Deadline | Item |
|---|---|
| February 19, 2021 | Deadline for Plaintiff to complete venue discovery. |
| March 5, 2021 | Deadline for Plaintiff to file a Response to Apple's Motion to Transfer Venue. |

| Deadline | Item |
|---|---|
| April 2, 2021 | Deadline for Defendant to complete venue discovery. |
| April 9, 2021 | Deadline for Apple to file a Reply in support of its Motion to Transfer Venue. |

The parties stipulate that all other deadlines provided in the Amended Agreed Scheduling Order [Dkt. #35] shall be vacated, subject to this Court's approval.

Date: November 19, 2020

By: /s/ Philip J. Graves

Philip J. Graves (CA State Bar No. 153441)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7147
Facsimile: (213) 330-7152
Email: philipg@hbsslaw.com

Greer N. Shaw (CA State Bar No. 197960)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: greers@hbsslaw.com

Craig D. Cherry
State Bar No. 24012419
ccherry@haleyolson.com
Justin W. Allen
State Bar No. 24081977
jallen@haleyolson.com
HALEY & OLSON, P.C.
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
913 Franklin Ave., Suite 201
Waco, Texas 76701
Telephone: (254) 776-3336

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Betty Chen

Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
Kathryn A. Quisenberry
Texas Bar Number 24105639
quisenberry@fr.com
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Betty Chen
Texas Bar Number 24056720
bchen@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

Jared A. Smith (admitted *Pro Hac Vice*)
California Bar No. 306576
jasmith@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099

**COUNSEL FOR DEFENDANT APPLE INC.**

Facsimile: (254) 776-6823

*Counsel for Plaintiff Neonode Smartphone LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above document was served on November 20, 2020 to all counsel of record via ECF.

/s/ _____