# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | Civil Action No. 6:20-cv-00505-ADA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF NEONODE SMARTPHONE LLC'S
## NOTICE OF SERVICE OF VENUE DISCOVERY

PLEASE TAKE NOTICE that Plaintiff Neonode Smartphone LLC ("Neonode") served its First Interrogatories Regarding Venue and a Notice of Deposition of Defendant Regarding Venue Pursuant to Fed. R. Civ. P. 30(b)(6) on Defendant Apple Inc. via first class mail, with courtesy copies by email, on November 27, 2020.

DATED: December 1, 2020

Craig D. Cherry
State Bar No. 24012419
ccherry@haleyolson.com
Justin W. Allen
State Bar No. 24081977
jallen@haleyolson.com
HALEY & OLSON, P.C.
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
913 Franklin Ave., Suite 201
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile: (254) 776-6823

Respectfully submitted,

By: /s/ *Greer Shaw*

Philip J. Graves (CA State Bar No. 153441)
Telephone: (213) 330-7147
Email: philipg@hbsslaw.com
Greer N. Shaw (CA State Bar No. 197960)
Telephone: (213) 330-7145
Email: greers@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Facsimile: (213) 330-7152

*Counsel for Plaintiff Neonode Smartphone LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

                                                               */s/ Greer Shaw*
                                                               Greer Shaw

| | |
|---|---|
| Betty H. Chen<br>Fish & Richardson PC<br>111 Congress Avenue, Suite 810<br>Austin, TX 78701<br>(512) 472-5070<br>Fax: 512/320-8935<br>Email: Bchen@fr.com | Jared A. Smith<br>Fish & Richardson P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>(858) 678-5070<br>Fax: (878) 678-5099<br>Email: Jasmith@fr.com |
| Benjamin C. Elacqua<br>Kathryn A. Quisenberry<br>Fish and Richardson PC<br>1221 McKinney Street Suite 2800<br>Houston, TX 77010<br>713-654-5300<br>Fax: 713-652-0109<br>Email: Elacqua@fr.com<br>Email: Quisenberry@fr.com | Aamir A. Kazi<br>Fish & Richardson P.C.<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 90309<br>(404) 892-5005<br>Fax: (404) 892-5002<br>Email: kazi@fr.com |

*Attorneys for Defendant Apple Inc.*