# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>        Plaintiff,<br><br> v.<br><br>APPLE INC.,<br><br>        Defendant. | Civil Action No. 6:20-cv-00505-ADA<br><br>**ORDER STAYING CASE PENDING COMPLETION OF VENUE DISCOVERY** |

Having considered plaintiff Neonode Smartphone LLC's ("Neonode") Notice Of Withdrawal From Stipulation Regarding Venue Discovery, and any response by Apple Inc. ("Apple") thereto, and good cause appearing, the Court hereby ORDERS as follows:

(i) the parties have until February 19, 2021 to complete venue discovery;

(ii) venue discovery is limited only by Fed. R. Civ. P. 26(b)(1) absent further order of the Court or agreement of the parties;

(iii) Neonode shall have until March 5, 2021 to file its response to Apple's Motion to Transfer Venue to the Northern District of California ("Motion to Transfer");

(iv) Apple shall have fourteen days from filing and service of Neonode's response to file its reply brief in support of the Motion to Transfer; and

(v) all other deadlines provided in the Amended Agreed Scheduling Order [Dkt. #35] are vacated pending resolution of the Motion to Transfer.

SIGNED this 8th day of December, 2020

HON. ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE