# EXHIBIT 5


EXHIBIT
5
Mark Rollins
3/19/2021
Rachel N. Barkume, CSR, RPR, CRR

## Contact

www.linkedin.com/in/
jamesandrewgrimaldo (LinkedIn)

## Top Skills

Project Management
Team Leadership
Strategic Planning

## Certifications

Tableau Essential Training
Business Analyst and Project
Manager Collaboration
Strategic Thinking

# James Grimaldo, MBA

Program Manager - New Product Introduction at Apple
Austin, Texas Metropolitan Area

## Experience

### Apple
Program Manager - New Product Introduction
February 2020 - Present (1 year 1 month)
Austin, Texas

• Developed and oversaw strategy and execution planning for New Product
Introduction across internal partners including market demand analysis,
supply-chain optimization, reseller demand, retail supply requirements, and
online customer experience
• Prepared and presented regular updates to Apple executives on launch
strategy, execution status KPIs, risk insights and mitigation
• Expanded and revised the communications process for launch and execution
tracking, enabling on-demand presentation to all levels of New Product
Introduction Teams
• Defined requirements and partnered with engineering development team to
automate the launch scheduling process, enhancing new software logic, API
integration, and downstream reporting requirements
• Led launch programs for iPhone SE (2nd gen), first Mac line-up with M1
silicon, and multiple strategic accessories

### Uber
Sr. Program Operations Manager – Product Launch
January 2019 - February 2020 (1 year 2 months)
Austin, Texas

• Oversaw efforts across product/engineering, supply chain, operations,
marketing, policy, and customer support teams to launch new city markets for
Uber New Mobilities division
• Ran analysis of launched markets including customer retention, promotion
effectiveness, and customer value to drive insights for product development
and market expansion
• Developed special user accesses programs with product and engineering
teams including unique access accounts, promotional codes, payment
systems & member discount integrations

• Led development of market sizing analysis built upon public and proprietary data on urban mobility, leading to the market entry decisions for all Uber New Mobilities programs (SQL analysis on Vertica Analytics Platform)

• Coordinated Incubator product strategy programs for the Uber New Mobilities Director of Product and Head of Tech Strategy

## Cambridge Business School Consulting
MBA Student Consultant - Product Strategy
October 2017 - June 2018 (9 months)
Cambridge, United Kingdom

• Completed competitive analysis and digital transformation strategy for Fortune 100 energy company, analyzing data from global power and electrical consumption (presentations and reports presented to the Global Strategy Director)

• Directed competitive analysis for national grocery chain with focus on response to Amazon's entry into retail grocery (final presentation to company's Head of Digital Transformation)

• Designed 5-year product roll-out strategy for medical software company through UK wide patient data collection, customer purchasing patterns, and competitive pricing analysis

## Hamon and Rocksol Consulting
Project Manager
June 2014 - August 2017 (3 years 3 months)
Denver, CO

• Accelerated delivery of a 24-month project, 6 months ahead of schedule, on budget, with ~60 employees under management

• Mentored junior engineers for multiple projects, through onboarding, professional development, and growth to promotion

• Appointed by company President to five-person Committee tasked with optimizing internal company processes, policies and training programs across firm – resulting in firm's first ISO quality certification

• Planned, scheduled and budgeted vendor/subcontractor organizations as project operations lead

• Fastest promotion to manager role in firm's 20-year history, responsible for client relationship and delivery of complex and high-profile projects spanning 18 – 24 months

## Anheuser-Busch
Operations Project Manager - Brewing Department
December 2011 - June 2014 (2 years 7 months)

Houston, TX

• Selected and managed specialized teams to identify areas for operations efficiency improvement and to exceed key performance indicators by utilizing six sigma mythologies.

• Identified and led process improvements, resulting in 20% process waste reduction across operations (~1% of total production), outperforming top KPI target

———

## Education

### Cambridge Judge Business School
Master of Business Administration - MBA, Product Strategy & Digital Innovation · (2017 - 2018)

### The University of Texas at Austin
Bachelor of Science (B.S.), Civil Engineering · (2007 - 2011)

### Harvard Business School Online
Executive Education at Uber, Leadership and Culture · (2019 - 2020)