# EXHIBIT 6



## Contact

www.linkedin.com/in/bradenhess (LinkedIn)

## Top Skills

Management
Leadership
Microsoft Office

## Languages

French (Full Professional)

## Certifications

Project Management | Harvard ManageMentor
Foreign Language Certificate - French (advanced)

# Braden Hess

New Product Introduction at Apple | Strategy | Operations | Marketing | SaaS
Austin, Texas Metropolitan Area

## Experience

**Apple**
Program Manager, Americas Product Launch & NPI Strategy
June 2019 - Present (1 year 9 months)
Austin, Texas Area

Oversee the end-to-end operational strategy and execution of Apple product launches in North and South America (45+ countries)

Previously managed launches include iPhone 12/12 Pro, iPad Pro, iPad, and various Beats by Dre headphones

**American Airlines**
Financial Analyst Intern
2018 - 2018 (less than a year)
Dallas/Fort Worth Area

Interned on the Operating Budgets team within American Airlines Financial Planning. The Operating Budgets team works closely with the Division Controller and Corporate Accounting organizations to understand business issues impacting the financial statements, produces consolidated forecasted financial statements, and organizes the annual budgeting process.

• Built AA's 2019 P&L budget model, accurately rolling up all divisional budgets to create the consolidated P&L; new model currently in use across FP&A.
• Identified $100M of required cost savings for 2019 through financial modeling; results sent out as goals to all divisions.

**Lucid Software Inc.**
Chief of Staff
February 2016 - July 2017 (1 year 6 months)
South Jordan, UT

Worked as right-hand to the COO & President, leading strategic initiatives for the executive team that typically span multiple functions without a clear owner. Responsibilities included managing investor communications and relationships, providing ad hoc analysis for C-suite, facilitating company-wide

objective planning, and running projects aimed at internal strategy and process improvement.

• Built and managed Lucid's content marketing team by integrating agile PM methodology into content production, increasing blog traffic by 400%+ in five months.
• Created B2B sales collateral used to close deals with multiple Fortune 500 clients.
• Created executive metrics dashboard and provided weekly performance analysis for executive team; later coordinated the dashboard integration into Tableau.
• Supervised Search Engine Optimization (SEO) team with two direct reports, increasing Lucidchart.com's backlink profile by 40% in three months through SEO link-building campaigns.
• Created company-wide monthly financial forecasts.
• Managed investor communications, created executive monthly reports and quarterly board decks.

Vivint Smart Home
2 years 10 months

Manager, Field Service Technology
September 2015 - February 2016 (6 months)
Lehi, Utah

Served as the business project manager and liaison for all technology development within the Field Service department. Responsibilities included scoping out business requirements for needed technological developments, ensuring IT development matched business needs, coordinating multi-departmental IT projects with business leadership.

• Designed a $250k incentive competition for 1,000+ technicians, increasing new installations by 15% while reducing time from sale to install by 6% company-wide.
• Analyzed service areas of 1,000+ technicians using GIS mapping applications. Data-driven recommendations increased monthly technician efficiency by 13%
• Functional expert with TacticianOne, providing mapping solutions and analysis for the Field Service organization.

General Manager, Texas - Vivint Internet
March 2015 - September 2015 (7 months)
San Antonio, Texas

Ran operations in Texas for Vivint Internet. Responsibilities included directly managing 20 technicians in El Paso and San Antonio, responsible for hitting monthly subscriber and revenue numbers, improving operational efficiency in network build, sale, install, and servicing, and launching additional markets in Texas.

• Promoted to manage day-to-day operations in three Texas markets with 20 direct reports.  Maintained profitability while increasing 1,500+ subscribers in three months.
• Negotiated favorable terms with both real estate agencies and local Home Owner Associations to operate and sell internet services in Texas.
• Built model to determine needed vehicle inventory for three market launches; successfully ordered and delivered vehicles on time despite 16-week lead times.

Manager, Strategy and Operations - Vivint Internet
May 2014 - March 2015 (11 months)
Provo, UT

Served as project manager for Vivint Internet, where I launched an ancillary VoIP product to sell alongside Vivint Internet. I also managed the end-to-end launch of out-of-state market launches (San Antonio, DFW). Also integrated a standardized program management organization alongside Accenture.
I helped grow Vivint Internet from 50 customers to tens of thousands of customers, and from 10 employees to over 400 in only two years.

• Product Manager of Vivint Voice, managed both system and operational integration of white-labeled VoIP provider into the Internet vertical, increasing monthly recurring revenue by 35%.
• Built operational readiness checklist and launched San Antonio and DFW markets for Wireless Internet products, with San Antonio launching three weeks ahead of schedule.
• Instituted a program management organization in conjunction with Accenture resulting in improved cross-departmental collaboration. Process implementation was key to successful launch of El Paso, TX Internet launch.
• Coordinated integration of 3rd party taxation system into current billing CRM

Strategic Business Analyst - Vivint Internet
May 2013 - May 2014 (1 year 1 month)
Provo, UT

Served as an analyst at Vivint Internet, where responsibilities included conducting competitive analysis to determine if the business could scale in the telecommunications market, market sizing, and ad hoc analysis.

• Analyzed potential acquisition against Fibernet and convinced executive team not to pursue.
• Performed competitive analysis against telecommunication competitors through 10-k research and industry interviews; created financial models determining Vivint's competitive advantage.
• Launched and managed pilot satellite TV reseller program within Vivint Internet. Vivint pursued a long-term TV offering as a result of the successful pilot program.
• Performed market sizing for additional market launches for Vivint Internet, working directly under the COO.
• Only employee sent to represent Vivint as an analyst at the national cable convention in Washington D.C.

Bluehost
2 years 10 months

Billing Trainer / Peer to Peer Mentor
November 2012 - May 2013 (7 months)
Provo, Utah Area

Personally managed all training aspects for the billing department in Bluehost's Contact Center. Responsibilities included training on product positioning for Bluehost hosting add-on products as well as training on the proprietary UI for Bluehost employees.

•  Analyzed incoming call trends and recommended solution to decrease call volume by over 20%
•  Created slide decks explaining company products, policies, and procedures, which are currently used in training classes for all departments (600+ employees in company)
•  Created marketing emails and product briefs for all Bluehost products
•  Increased weekly percentage of product recommendations to customers from less than 1% of calls to greater than 40% of calls by conducting individual training classes

Retention Specialist
August 2011 - November 2012 (1 year 4 months)
Provo, Utah Area

• Improved company tracking efficiency by creating new formulas to automatically track employee statistics
• Awarded employee of the month and week (out of 15 employees) on multiple occasions as a result of the highest retention results
• Maintained an average customer satisfaction of 8.8/9.0 when interacting with customers regarding their hosting accounts
• Accounted for a weekly average of $16,963 in revenue for Bluehost through retention practices

Billing Specialist
August 2010 - August 2011 (1 year 1 month)
Provo, UT

• Assisted Bluehost customers with billing needs and questions regarding their hosting account.
• Gained extensive knowledge of Bluehost billing systems and product line.

Utah County Fire Department
Wildland Firefighter
March 2010 - August 2010 (6 months)
Provo, Utah Area

Spent two summers (2007, 2010) working as a wildland firefighter for the Utah County Fire Department.

• Worked in a Class 2 IA (initial assessment) fire crew to distinguish wildland firefighters in the Western United States.
• Certified sawyer, responsible for cutting down hazardous trees while firefighting

The Church of Jesus Christ of Latter-day Saints
Volunteer Missionary
December 2007 - December 2009 (2 years 1 month)
Paris Area, France

• Assisted the mission president in organizing logistical operations of over 130+ representatives
• Reorganized mission areas based on transportation needs, saving over €3,000 annually
• Trained 130+ representatives monthly in communication, leadership training, and teaching skills
• Performed religious music as a pianist and organist at local French churches as a service to local French citizens

## Education

### Duke University - The Fuqua School of Business
Master of Business Administration - MBA

### Brigham Young University
Bachelor of Business Administration (B.B.A.), Business Strategy Emphasis, Minor in French