# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>                                     Plaintiff,<br><br>         v.<br><br>APPLE INC.,<br><br>                                  Defendant. | Civil Action No. 6:20-cv-00505-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF DOOYONG LEE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Dooyong Lee, declare as follows:

      1.      I am over 18 years of age and competent to make this declaration. I am Manager of Neonode Smartphone LLC and Chief Executive Officer of Aequitas Technologies LLC.  My residence and primary place of work is in Seoul, Republic of Korea.

      2.      Any paper documents pertinent to this litigation that are in my possession or under my control are located at my place of work in South Korea. Documents in electronic format are stored in one or more servers or databases and are generally accessible from anywhere in the United States, including the Western District of Texas, where there is a reliable internet connection capable of supporting a virtual private network.

      3.      I have not traveled to the Northern District of California in the past three years in connection with this litigation, the Asserted Patents or any product that allegedly practices the Asserted Patents.

4. I am willing to travel to the Western District of Texas for trial or other purposes as required by this litigation, at the request of either party.

5. I declare that the foregoing is true and correct under penalty of perjury.

DATED: March 28, 2021

Signed in Seoul_____, Republic of Korea by:

*Dooyong Lee*
Dooyong Lee — 45E99FBFCB94401...

2