# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NEONODE SMARTPHONE LLC,<br>*Plaintiff* | § § § § § § § § § § § | |
| -vs- | | 6:20-CV-00505-ADA |
| APPLE INC,<br>*Defendant* | | |

## ORDER

Pursuant to the Federal Circuit's November 15, 2021 Order (Dkt. 75), this case is hereby **TRANSFERRED** to the United States District Court for the Northern District of California.

SIGNED this 16th day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE